*George W. Hildreth* and *Sidney R. Siben* for appellant.

*Fred J. Munder, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* KESBEC, INC., Appellant.

Argued October 3, 1939; decided November 14, 1939.

*Arthur H. Haaren, Frank W. Demuth* and *John G. Coleman* for appellant.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Francis J. Bloustein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.